UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Civil Action No. 2:12-cv-61-JRG-RSP<br><br>CONSOLIDATED<br><br>JURY TRIAL DEMANDED |
| TQP DEVELOPMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ENTERPRISE HOLDINGS, INC.,<br><br>Defendant. | Civil Action No. 2:12-cv-181-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff TQP Development, LLC and defendant Enterprise Holdings, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims pending between them in *TQP Development, LLC v. Enterprise Holdings, Inc.*, Case No. 2:12-cv-181, WITH PREJUDICE, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and dated April 26, 2013, with each party to bear its own costs, expenses and attorneys' fees.

SO STIPULATED:

April 29, 2013.                                    Respectfully submitted,

| /s/ *Jennifer Parker Ainsworth* | By: /s/ *Paul A. Kroeger* |
|---|---|
| Jennifer Parker Ainsworth<br>Texas Bar No. 00784720<br>**WILSON, ROBERTSON & CORNELIUS, P.C.**<br>909 ESE Loop 323, Suite 400<br>Tyler, TX 75701<br>Telephone: (903) 509-5000<br>Facsimile: (903) 509-5092<br>jainsworth@wilsonlawfirm.com<br><br>Terence P. Ross (admitted pro hac vice)<br>tross@crowell.com<br>Jeffrey Ahdoot (admitted pro hac vice)<br>jahdoot@crowell.com<br>**CROWELL & MORING LLP**<br>1001 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br><br>**Attorneys for Defendant**<br>**ENTERPRISE HOLDINGS, INC.** | Paul A. Kroeger<br><br>Marc A. Fenster, CA SB No. 181067<br>Email: mfenster@raklaw.com<br>Kevin P. Burke, CA SB No. 241972<br>Email: kburke@raklaw.com<br>Adam S. Hoffman, CA SB No. 218740<br>Email: ahoffman@raklaw.com<br>Alexander C.D. Giza, CA SB No. 212327<br>Email: agiza@raklaw.com<br>Paul A. Kroeger, CA SB No. 229074<br>Email: pkroeger@raklaw.com<br>**Russ August & Kabat**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-699<br><br>Andrew W. Spangler, State Bar No. 24041960<br>Email: spangler@sfipfirm.com<br>**Spangler & Fussell P.C.**<br>208 N. Green St., Suite 300<br>Longview, TX 75601<br>Telephone: (903) 753-9300<br>Facsimile: (903) 553-0403<br><br>James A. Fussell, III, State Bar No. 2003193<br>Email: fussell@sfipfirm.com<br>**Spangler & Fussell P.C.**<br>211 N. Union Street, Suite 100<br>Alexandria, VA 22314<br>Telephone: (903) 753-9300<br>Facsimile: (903) 553-0403<br><br>**Attorneys for Plaintiff**<br>**TQP DEVELOPMENT, LLC** |

**CRTIFICATE OF SERVICE**

I hereby certify that on the 30th day of April, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                        */s/ Paul A. Kroeger*
                                         Paul A. Kroeger

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff and Defendant have conferred regarding the foregoing Motion, and Defendant does not oppose the relief sought.

Dated: April 30, 2013

                                        */s/ Paul A. Kroeger*
                                         Paul A. Kroeger