UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>  Defendant. | Civil Action No. 2:12-cv-61-JRG-RSP<br><br>CONSOLIDATED<br><br>JURY TRIAL DEMANDED |
| TQP DEVELOPMENT, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>ENTERPRISE HOLDINGS, INC.,<br><br>  Defendant. | Civil Action No. 2:12-cv-181-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff TQP Development, LLC and defendant Enterprise Holdings, Inc. in *TQP Development, LLC v. Enterprise Holdings, Inc.*, Case No. 2:12-cv-181, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted between plaintiff TQP Development, LLC and defendant Enterprise Holdings, Inc. in *TQP Development, LLC v. Enterprise Holdings, Inc.*, Case No. 2:12-cv-181 are

hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and dated April 26, 2013.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 1st day of May, 2013.**

                                                ROY S. PAYNE
                                                UNITED STATES MAGISTRATE JUDGE